UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALIEAH WARD, et al.,

    Plaintiffs,

v.                                            Case No. 10-02308

SHELBY COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
                                              /

**JUDGMENT**

In accordance with the court's "Opinion and Order," dated September 24, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Shelby County, Tennessee, and against Plaintiffs Alieah Ward, Carley Adams, and Laura Oswalt. Dated at Detroit, Michigan, this 24th day of September, 2012.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                     BY: S/Lisa Wagner
                                              Lisa Wagner, Deputy Clerk
                                              and Case Manager to
                                              Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-02308.WARD.judgment.wpd