IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALIEAH WARD, et al.,

    Plaintiffs,

vs.                                                 NO. 10-2308 RHC dkv
                                                **JURY DEMANDED**

SHELBY COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

ORDER GRANTING MOTION OF KIM KORATSKY TO WITHDRAW
FROM FURTHER REPRESENATION OF SHELBY COUNTY, TENNESSEE, SHERIFF
LUTTRELL, CHIEF DEPUTY OLDHAM, CHIEF ADMINISTRATIVE OFFICER KENNEDY
AND JAIL DIRECTOR COLEMAN

      Attorney Kim Koratsky has moved to withdraw from further representation of Shelby County, Tennessee, Sheriff Luttrell, Chief Deputy Oldham, Chief Administrative Officer Kennedy, and Jail Director Coleman, Shelby County, Tennessee and James Coleman. Most important, he is no longer assigned to represent the Defendants in this case. Attorney J. Michael Fletcher has filed a Notice of Appearance on behalf of those Defendants. (DE # 111). Because the Plaintiffs will suffer no prejudice, the motion is hereby granted and Mr. Koratsky is hereby relieved from further representation in this cause.

      IT IS SO ORDERED on this the 13th day of November, 2012.

                                  s/Robert H. Cleland
                                  UNITED STATES DISTRICT COURT JUDGE